(September 15, 1988)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDNA BREWER, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered on February 3, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Concur—Murphy, P. J., Kupferman, Carro, Asch and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN HARDEN, Appellant.—Judgment of resentence, Supreme Court, Bronx County (Irving Lang, J.), rendered on June 13, 1985, unanimously affirmed.